NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INGENIADOR, LLC,**
*Plaintiff-Appellant,*

v.

**INTERWOVEN, INC., HEWLETT-PACKARD COMPANY, MICROSOFT CORPORATION, OBJECTIVE CORPORATION USA, INC., ORACLE CORPORATION, SAP AMERICA, INC., AND SPRINGCM, INC.,**
*Defendants,*

AND

**BRIDGELINE DIGITAL, INC.,**
*Defendant,*

AND

**ALFRESCO SOFTWARE, INC.,**
*Defendant,*

AND

**BLACKBOARD, INC.,**
*Defendant,*

AND

**EMC CORPORATION,**
*Defendant,*

AND

**INFORMATICA CORPORATION,**

*Defendant,*

AND

**COMPULINK MANAGEMENT CENTER, INC.,**
*Defendant-Appellee,*

AND

**LEXMARK INTERNATIONAL, INC.,**
*Defendant,*

AND

**NUXEO CORPORATION,**
*Defendant,*

AND

**SDL TRIDION, INC.,**
*Defendant.*

_____

2012-1497, -1515

_____

Appeals from the United States District Court for the District of Puerto Rico in case no. 11-CV-1840, Judge Gustavo A. Gelpi.

_____

**ON MOTION**

_____

**O R D E R**

Ingeniador, LLC moves to substitute Eugenio Torres-Oyola as principal counsel.  Cristina Arenas-Solis will remain as of counsel for Ingeniador, LLC.

Upon consideration thereof,

3                          INGENIADOR, LLC V. INTERWOVEN, INC.

IT IS ORDERED THAT:

The motion is granted. Eugenio Torres-Oyola and Cristina Arenas-Solis should promptly file amended entries of appearance.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21